# EXHIBIT A

# United States District & Bankruptcy Court
## for the District of Columbia
333 Constitution Ave NW
Washington DC 20001

June 4, 2013

Lewis Baach PLLC
1899 Pennsylvania Ave NW
Suite 600
Washington DC 20006

Re: USA v BCCI
   Case#DDCX191CR000655-005

According to our records, the above listed case has been inactive since June 17, 2009. On March 23, 1993, the Court has a remaining principle balance of $14,380.00 that was transferred to the Court Registry Investment System. Per the Administrative Office Guide to Judiciary Policy, Vol 13 § 1020.30.10; funds must be retained in the Registry for at least five years before the funds are eligible for transfer to the Unclaimed Fund. It is necessary for you to petition the court in order for you receive guidance from the Judge on disbursing the principle amount and all accrued interest. If no order for disbursement is received by June 30, 2013, the funds will be removed from the Registry and placed in the Unclaimed Fund. Thank you for your prompt attention to this matter. If you should have any questions, please feel free to contact me at 202-354-3102.

Sincerely,

Tamara Forrest
Financial Administrator