**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BCCI HOLDINGS (LUXEMBOURG), S.A.,** | ) |
| **BANK OF CREDIT AND COMMERCE** | ) |
| **INTERNATIONAL S.A.,** | )   **Criminal No. 91-00655-005** |
| **BANK OF CREDIT AND COMMERCE** | ) |
| **INTERNATIONAL (OVERSEAS) LIMITED** | ) |
| **INTERNATIONAL CREDIT, and** | ) |
| **INVESTMENT COMPANY (OVERSEAS)** | ) |
| **LIMITED,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

Upon consideration of the Court Appointed Fiduciaries' Motion for Approval of the

Disbursement of Funds from the Court Registry Investment System Funds and the attached

letter, it is hereby

ORDERED that the requested disbursement is approved and the Court Registry

Investment System is directed to disburse $14,380.00 to Lewis Baach, Pllc, counsel for Court

Appointed Fiduciaries, for further disbursement as appropriate.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: _____