**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No.:  91-655 (RC) |
| | : | |
| GHAITH R. PHARAON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's Motion to Dismiss Superseding Indictment and

Quash Arrest Warrant (ECF No. 2255), it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Superseding Indictment (ECF No. 664) is **DISMISSED**

without prejudice, and that the Bench Warrant issued on November 15, 1991 is **QUASHED**.

**SO ORDERED**.

Dated:  March 23, 2026

_____
RUDOLPH CONTRERAS
United States District Judge